UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

VINICIO ROLANDO CORDOVA VERA,

                    Petitioner,

           - against –

HERIBERTO TELLEZ, Warden,
Metropolitan Detention Center;
TODD LYONS, Acting Director, U.S.
Immigrations and Customs Enforcement;
PAMELA BONDI, U.S. Attorney General;
and KRISTI NOEM, U.S. Secretary of
Homeland Security,

                    Respondents.

------------------------------------------------------------ X

JUDGMENT
26-cv-00018-PKC

An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on January 27, 2026, granting the Petition for a Writ of Habeas Corpus for the reasons stated on the record; it is

ORDERED and ADJUDGED that the Petition for a Writ of Habeas Corpus is granted; Petitioner's Motion for Judgment on the Pleadings is found as moot; Respondents are ordered to immediately release Petitioner subject to the conditions set by Immigration Judge Dara Reid and are further directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6pm tomorrow on January 28, 2026; that the petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decision maker, at which Respondents will have the burden of showing that Petitioner's re-detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York
      January 27, 2026

Approved by:   s/Hon. Pamela K. Chen
                       PAMELA K. CHEN
                       United States District Judge

Dated: Brooklyn, New York
      January 27, 2026            Approved by:   */s/Brenna B. Mahoney*
                                                                                BRENNA B. MAHONEY
                                                                                Clerk of Court